BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00075-MCE-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $19,970.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Vanessa West ("claimant"), by and through their respective counsel, as follows:

1.      On or about February 7, 2014, claimant Vanessa West filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $19,970.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about December 18, 2013.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is May 8, 2014.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 6, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed May 7, 2014, the parties stipulated to extend to August 6, 2014, the time in which the United States is required to file a civil complaint of forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 3, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

Stipulation and Order to Extend Time

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 3, 2014.

Dated:  8/4/14                                              BENJAMIN B. WAGNER
                                                                      United States Attorney


                                                      By:     /s/ Kevin C. Khasigian
                                                                      KEVIN C. KHASIGIAN
                                                                      Assistant U.S. Attorney


Dated:  8/4/14                                              /s/ Justin T. Mixon
                                                                      JUSTIN T. MIXON
                                                                      Attorney for claimant Vanessa West

                                                                      (Authorized via e-mail)


**IT IS SO ORDERED**.

Dated:  August 7, 2014


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Order to Extend Time